UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020
```

---------------------------------------------------------------X
                                                               :
PAMELA WILLIAMS, on behalf of herself and all others           :
similarly situated,                                            :
                                                               :
                              Plaintiffs,                      :          20-cv-2301 (LJL)
                                                               :
              -v-                                              :          ORDER
                                                               :
SHOE SENSATION, INC.,                                          :
                                                               :
                              Defendant.                       :
                                                               X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Pamela Williams brought this putative class action against Shoe Sensation, Inc., alleging that Shoe Sensation violated the Americans with Disabilities Act (ADA) by failing to make its website accessible to blind and visually impaired consumers. On June 30, 2020, Shoe Sensation filed a motion to dismiss, arguing that the Court lacks subject matter jurisdiction and that Williams' complaint fails to state a claim. Dkt. No. 11. On July 15, 2020, Williams requested a thirty-day extension to respond to the motion to dismiss, which this Court granted. Dkt. Nos. 14, 15. However, Williams failed to file her response by the new deadline of August 14, 2020. On August 21, 2020, Shoe Sensation filed a reply, asking this Court to dismiss the case for the reasons outlined in its original memorandum and because Williams had abandoned her case. Dkt. No. 16.

      As Williams has failed to respond, the Court orders her to show cause why her case should not be dismissed for failure to prosecute. She must file by October 19, 2020 or risk dismissal of the case.

      SO ORDERED.

Dated: September 2, 2020
      New York, New York
                                  LEWIS J. LIMAN
                          United States District Judge