UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS,

       *Plaintiff*,

v.

SHOE SENSATION, INC.,

       *Defendant*.

1:20-civ-2301 (LJL)

The Clerk is directed to close the motion at Dkt. No. 18.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

9/21/2020

# ORDER

The Parties have jointly moved to dismiss this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) after having reached a settlement agreement. The parties have requested dismissal include two terms, namely, that the Court incorporate by reference their separate settlement agreement and that the Court retain jurisdiction over the parties and the case solely for the purpose of enforcing the terms of the settlement agreement. The Court has considered the parties' motion and now ORDERS:

1.     This action is dismissed with prejudice.

2.     The terms of the parties' separate Settlement Agreement and Release, which the parties filed as Exhibit A to their Joint Motion, are incorporated into this Order by reference.

3.     The Court retains jurisdiction over the parties and the action solely for the purpose of enforcing the Settlement Agreement and Release.

SO ORDERED.

Dated: 9/21/2020

Hon. Lewis J. Liman
United States District Court Judge
Southern District of New York